**TW ACCOUNTING LLC**
**2929 PALMYRA RD**
**HANNIBAL, MO 63401**

```
FRANCESCA EARHART BANKRUPTCY ESTATE
FREDRICH CRUSE, TRUSTEE
PO BOX 914
HANNIBAL, MO 63401
```

Client No.   : 30-6452846
Invoice Date: 09/16/2015
Invoice No.  : 44

# INVOICE

| Description | Amount |
|---|---|
| Form 1041 (Fiduciary)<br>Form 7004 (Appl for Extension)<br>MO Estate Return | |
| **Total Invoice** | $150.00 |
| **Amount Paid** | |
| **Balance Due** | $150.00 |

© 2012 TAXSLAYER

**TW ACCOUNTING LLC**
**2929 PALMYRA RD**
**HANNIBAL, MO 63401**

KEVIN EARHART BANKRUPTCY ESTATE
FREDRICH CRUSE, TRUSTEE
PO BOX 914
HANNIBAL, MO 63401

Client No.   : 13-7594110
Invoice Date: 09/16/2015
Invoice No.  : 45

# INVOICE

| Description | Amount |
|---|---|
| Form 1041 (Fiduciary)<br>Form 7004 (Appl for Extension)<br>MO Estate Return | |
| **Total Invoice** | $150.00 |
| **Amount Paid** | |
| **Balance Due** | $150.00 |

© 2012 TAXSLAYER