UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| In re: | ) | Case No.08-40158 |
| --- | --- | --- |
|     EARHART, KEVIN LEE | ) | Chapter 7 -- Liquidation |
|     EARHART, FRANCESCA | ) | |
| | ) | |
|     Debtors. | ) | |
| | ) | |

**MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY**

Comes now Fredrich J. Cruse and for his Motion to Deposit Funds into Court Registry states to the court as follows:

1. On April 21, 2016, check #114 in the amount of $19,919.46 was mailed to the Debtor as a surplus funds in this case. The face of the check had stamped thereon: "VOID if not presented for payment within 90 days".

2. This check was never cashed by the Debtor and over 90 days have elapsed since the issuance of the check.

3. Because of the age of this case, Trustee proposes paying the amount of $19,919.46 into the registry of the court in order that the books may be closed.

WHEREFORE, Trustee prays for an order of the Court permitting the amount of $19,919.46 to be deposited into the registry of the court.

Dated:  July 29, 2016

**/S/Fredrich J. Cruse**
Fredrich J. Cruse     ED # 23480MO
Attorney at Law WD/MO Bar # 23480
718 Broadway
P. O. Box 914
Hannibal, Missouri 63401
Telephone:  (573) 221-8333
Fax: (573) 221-1448
Email: trustee@cruselaw.com