# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

In re: EARHART, KEVIN LEE § Case No. 08-40158-659
      EARHART, FRANCESCA CHRISTINE §
      §
Debtor(s) TACCO, FRANCESCA CHRISTINE §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    FREDRICH J. CRUSE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $91,120.00      Assets Exempt: $16,615.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,267.51      Claims Discharged
    Without Payment: $64,158.59

Total Expenses of Administration: $4,599.39

---

    3) Total gross receipts of $ 28,786.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 19,919.46 (see **Exhibit 2**), yielded net receipts of $8,866.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $96,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,599.39 | 4,599.39 | 4,599.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 90,067.93 | 25,717.45 | 4,267.51 | 4,267.51 |
| **TOTAL DISBURSEMENTS** | $186,067.93 | $30,316.84 | $8,866.90 | $8,866.90 |

4)  This case was originally filed under Chapter 7 on January 08, 2008. The case was pending for 105 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/05/2016            By:  /s/FREDRICH J. CRUSE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Federal and State Income Tax Returns | 1129-000 | 3,538.00 |
| class action proceeds in Baker v. Century Financ | 1249-000 | 25,244.38 |
| Interest Income | 1270-000 | 3.98 |
| **TOTAL GROSS RECEIPTS** | | **$28,786.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EARHART, KEVIN LEE | Dividend paid 100.00% on $19,919.46; Claim# SURPLUS; Filed: $19,919.46; Reference: | 8200-002 | 0.00 |
| THE CLERK OF THE US BANKRUPTCY COURT | per 08/03/16 order | 8200-002 | 19,919.46 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$19,919.46** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Franklin Loan Services | 4110-000 | 96,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$96,000.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FREDRICH J. CRUSE | 2100-000 | N/A | 1,636.69 | 1,636.69 | 1,636.69 |
| FREDRICH J. CRUSE | 2200-000 | N/A | 1,551.28 | 1,551.28 | 1,551.28 |
| THE CLERK OF THE US BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| THE CRUSE LAW FIRM | 2300-000 | N/A | 2.84 | 2.84 | 2.84 |
| Fredrich J. Cruse | 2300-000 | N/A | 30.86 | 30.86 | 30.86 |
| THE CRUSE LAW FIRM | 2300-000 | N/A | 19.60 | 19.60 | 19.60 |
| UNITES STATES TREASURY | 2810-000 | N/A | 246.00 | 246.00 | 246.00 |
| DEPARTMENT OF REVENUE | 2820-000 | N/A | 93.00 | 93.00 | 93.00 |
| DEPARTMENT OF REVENUE | 2820-000 | N/A | 93.00 | 93.00 | 93.00 |
| UNITES STATES TREASURY | 2810-000 | N/A | 246.00 | 246.00 | 246.00 |
| MISSOURI DIRECTOR OF REVENUE | 2820-000 | N/A | 24.86 | 24.86 | 24.86 |
| MISSOURI DIRECTOR OF REVENUE | 2820-000 | N/A | 24.86 | 24.86 | 24.86 |
| TOMPKINS & WILLING, CPA'S LC | 3410-000 | N/A | 300.00 | 300.00 | 300.00 |
| UNITED STATES TREASURY | 2810-000 | N/A | 35.20 | 35.20 | 35.20 |
| UNITED STATES TREASURY | 2810-000 | N/A | 35.20 | 35.20 | 35.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,599.39 | $4,599.39 | $4,599.39 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | United Guaranty Residential Insurance Co. of NC | 7100-000 | 22,351.46 | 21,309.72 | 0.00 | 0.00 |
| 2 | HC Processing Center | 7100-000 | 2,721.90 | 2,781.76 | 2,641.54 | 2,641.54 |
| 2I | HC Processing Center | 7990-000 | N/A | 677.29 | 677.29 | 677.29 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 835.98 | 755.08 | 755.08 | 755.08 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 193.60 | 193.60 | 193.60 |
| NOTFILED | St. John's Mercy Medical | 7100-000 | 241.01 | N/A | N/A | 0.00 |
| NOTFILED | St. John's Mercy Healthcare | 7100-000 | 2,640.64 | N/A | N/A | 0.00 |
| NOTFILED | St. John's Mercy Medical Cent | 7100-000 | 1,211.03 | N/A | N/A | 0.00 |
| NOTFILED | St. John's Mercy Medical Cent | 7100-000 | 2,013.84 | N/A | N/A | 0.00 |
| NOTFILED | SSM St. Mary's Healthcare | 7100-000 | 5,948.40 | N/A | N/A | 0.00 |
| NOTFILED | St. John's Mercy Medical Cent | 7100-000 | 116.58 | N/A | N/A | 0.00 |
| NOTFILED | St. John's Mercy Medical Cent | 7100-000 | 2,257.42 | N/A | N/A | 0.00 |
| NOTFILED | SSM Health Care | 7100-000 | 743.10 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 307.34 | N/A | N/A | 0.00 |
| NOTFILED | Scholastic, Inc. | 7100-000 | 17.10 | N/A | N/A | 0.00 |
| NOTFILED | SSM DePaul | 7100-000 | 11,203.44 | N/A | N/A | 0.00 |
| NOTFILED | SSM DePaul Health Center | 7100-000 | 191.50 | N/A | N/A | 0.00 |
| NOTFILED | SSM Health Care | 7100-000 | 5,948.40 | N/A | N/A | 0.00 |
| NOTFILED | St. John's Mercy Medical Cent | 7100-000 | 512.00 | N/A | N/A | 0.00 |
| NOTFILED | SSM St. Mary's Health Center | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Louis Children's Hospital | 7100-000 | 1,245.11 | N/A | N/A | 0.00 |
| NOTFILED | Washington University Physici | 7100-000 | 123.90 | N/A | N/A | 0.00 |
| NOTFILED | Washington Univeristy Physici | 7100-000 | 290.77 | N/A | N/A | 0.00 |
| NOTFILED | Weird N Wild Creatures | 7100-000 | 88.40 | N/A | N/A | 0.00 |
| NOTFILED | West County Radiology | 7100-000 | 20.59 | N/A | N/A | 0.00 |
| NOTFILED | Western Anesthesiology Assoc. | 7100-000 | 41.60 | N/A | N/A | 0.00 |
| NOTFILED | West County Radiology Group | 7100-000 | 8.91 | N/A | N/A | 0.00 |
| NOTFILED | Washington University | 7100-000 | 706.33 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Venus Book Club | 7100-000 | 31.96 | N/A | N/A | 0.00 |
| NOTFILED | S. Vic Glogavac, MD | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | St. John's Mercy Support Serv | 7100-000 | 12.38 | N/A | N/A | 0.00 |
| NOTFILED | St. Louis Chrilden's Hospita | 7100-000 | 5,125.08 | N/A | N/A | 0.00 |
| NOTFILED | St. Louis Pathology Assoc. In | 7100-000 | 19.27 | N/A | N/A | 0.00 |
| NOTFILED | St. Mary's HC Phy Billing | 7100-000 | 10.89 | N/A | N/A | 0.00 |
| NOTFILED | St. Luke's Hospital | 7100-000 | 206.00 | N/A | N/A | 0.00 |
| NOTFILED | St. John's Mercy Medical Grou | 7100-000 | 16.26 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics, Inc. | 7100-000 | 11.56 | N/A | N/A | 0.00 |
| NOTFILED | Dell Prefferred Account | 7100-000 | 2,174.97 | N/A | N/A | 0.00 |
| NOTFILED | Comprehensive Anesthesia Care | 7100-000 | 208.10 | N/A | N/A | 0.00 |
| NOTFILED | DePaul HC Phy Billing | 7100-000 | 1.15 | N/A | N/A | 0.00 |
| NOTFILED | DePaul Health Center | 7100-000 | 321.72 | N/A | N/A | 0.00 |
| NOTFILED | Disney Movie Club | 7100-000 | 33.40 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 117.89 | N/A | N/A | 0.00 |
| NOTFILED | Columbia House | 7100-000 | 59.25 | N/A | N/A | 0.00 |
| NOTFILED | Cingular | 7100-000 | 1,705.00 | N/A | N/A | 0.00 |
| NOTFILED | American Family Insurance | 7100-000 | 79.72 | N/A | N/A | 0.00 |
| NOTFILED | Barnes-Jewish West County Hos | 7100-000 | 17.24 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 7100-000 | 14,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Bellevue Radioulogy | 7100-000 | 13.21 | N/A | N/A | 0.00 |
| NOTFILED | Earthlink Inc. Accts. Payable | 7100-000 | 24.97 | N/A | N/A | 0.00 |
| NOTFILED | Gateway Gastroenterology Inc. | 7100-000 | 98.58 | N/A | N/A | 0.00 |
| NOTFILED | Mid-West Podiatry & Assoc. | 7100-000 | 5.00 | N/A | N/A | 0.00 |
| NOTFILED | Metro Imaging | 7100-000 | 57.67 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Emergency Assoc. | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Emergency Assoc. | 7100-000 | 595.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Anesthesia | 7100-000 | 655.20 | N/A | N/A | 0.00 |
| NOTFILED | Midwest ER Assoc. | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | Health South Regional Busines | 7100-000 | 1,237.64 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Trauma & Surgery Group | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | LTD Commodities Inc. | 7100-000 | 139.28 | N/A | N/A | 0.00 |
| NOTFILED | Joseph J. Hurley | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Medical Group | 7100-000 | 15.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Member Service Center | 7100-000 | 112.50 | N/A | N/A | 0.00 |
| NOTFILED | Member Service Center | 7100-000 | 34.47 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Medical Group | 7100-000 | 10.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Cander Care | 7100-000 | 229.82 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$90,067.93** | **$25,717.45** | **$4,267.51** | **$4,267.51** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-40158-659  
**Case Name:** EARHART, KEVIN LEE  
EARHART, FRANCESCA CHRISTINE  
**Period Ending:** 10/05/16

**Trustee:**   (450510)   FREDRICH J. CRUSE  
**Filed (f) or Converted (c):** 01/08/08 (f)  
**§341(a) Meeting Date:** 01/30/08  
**Claims Bar Date:** 11/28/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 10300 Breckenridge Ave., St. Ann, MO F | 77,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash On Hand | 10.00 | 0.00 | OA | 0.00 | FA |
| 3 | American Eagle credit Union CHecking Account | 5.00 | 0.00 | OA | 0.00 | FA |
| 4 | American Eagle Credit Union Savings Account | 5.00 | 0.00 | OA | 0.00 | FA |
| 5 | Household Goods | 750.00 | 0.00 | OA | 0.00 | FA |
| 6 | Books and pictures | 100.00 | 0.00 | OA | 0.00 | FA |
| 7 | Clothing | 300.00 | 0.00 | OA | 0.00 | FA |
| 8 | Wedding Ring | 100.00 | 0.00 | OA | 0.00 | FA |
| 9 | Jewelry | 100.00 | 0.00 | OA | 0.00 | FA |
| 10 | Prudential Retirement Plan | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 11 | 401K | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | 2008 Federal and State Income Tax Returns | 4,000.00 | 3,538.00 |  | 3,538.00 | FA |
| 13 | 1996 Dodge Caravan 189000 miles | 750.00 | 0.00 | OA | 0.00 | FA |
| 14 | 1996 Plymouth Voyager 195000 miles | 500.00 | 0.00 | OA | 0.00 | FA |
| 15 | unfiled claim for med, malpractice on son parent | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | class action proceeds in Baker v. Century Financ  (u) | 25,244.38 | 25,244.38 |  | 25,244.38 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 3.98 | FA |
| 17 | Assets    Totals (Excluding unknown values) | **$120,364.38** | **$28,782.38** |  | **$28,786.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     November 30, 2008         **Current Projected Date Of Final Report (TFR):**     February 29, 2016  (Actual)

Printed: 10/05/2016 04:03 PM     V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-40158-659 | | Trustee: | FREDRICH J. CRUSE (450510) |
|---|---|---|---|---|
| Case Name: | EARHART, KEVIN LEE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | EARHART, FRANCESCA CHRISTINE | | Account: | ***-*****99-65 - Money Market Account |
| Taxpayer ID #: | **-***4110 | | Blanket Bond: | $14,000,000.00   (per case limit) |
| Period Ending: | 10/05/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/26/08 | {12} | Kevin Earhart | compromise amount | 1129-000 | 3,538.00 | | 3,538.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.06 | | 3,538.06 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.49 | | 3,538.55 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.44 | | 3,538.99 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.44 | | 3,539.43 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.44 | | 3,539.87 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.42 | | 3,540.29 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.46 | | 3,540.75 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 0.38 | | 3,541.13 |
| 11/06/08 | 1001 | THE CRUSE LAW FIRM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/06/2008 FOR CASE #08-40158, 2008 Chapter 7 Bond | 2300-000 | | 2.84 | 3,538.29 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.27 | | 3,538.56 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.25 | | 3,538.81 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.14 | | 3,538.95 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 3,539.08 |
| 03/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.06 | | 3,539.14 |
| 03/13/09 | | To Account #********9966 | TRANSFERED MONEY TO NON INTEREST ACCOUNT FOR DISTRIBUTION | 9999-000 | | 3,539.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,541.98 | 3,541.98 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,539.14 | |
| | | | Subtotal | | 3,541.98 | 2.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,541.98 | $2.84 | |

{} Asset reference(s)

Printed: 10/05/2016 04:03 PM    V.13.28

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-40158-659 | | **Trustee:** | FREDRICH J. CRUSE (450510) |
| --- | --- | --- | --- | --- |
| **Case Name:** | EARHART, KEVIN LEE | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | EARHART, FRANCESCA CHRISTINE | | **Account:** | ***-*****99-66 - Checking Account |
| **Taxpayer ID #:** | **-***4110 | | **Blanket Bond:** | $14,000,000.00  (per case limit) |
| **Period Ending:** | 10/05/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/13/09 | | From Account #********9965 | TRANSFERED MONEY TO NON INTEREST ACCOUNT FOR DISTRIBUTION | 9999-000 | 3,539.14 | | 3,539.14 |
| 03/13/09 | 101 | HC Processing Center | Dividend paid 56.96% on $2,641.54; Claim# 2; Filed: $2,781.76; Reference: | 7100-000 | | 1,504.64 | 2,034.50 |
| 03/13/09 | 102 | Capital One Bank (USA), N.A. | Dividend paid 56.96% on $755.08; Claim# 3; Filed: $755.08; Reference: | 7100-000 | | 430.10 | 1,604.40 |
| 03/13/09 | 103 | FREDRICH J. CRUSE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,604.40 | 0.00 |
| | | | Dividend paid 100.00% on $885.50;  Claim# ; Filed: $885.50                885.50 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $718.90;  Claim# ; Filed: $718.90                718.90 | 2200-000 | | | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | | 3,539.14 | 3,539.14 | $0.00 |
| Less: Bank Transfers | | 3,539.14 | 0.00 | |
| **Subtotal** | | 0.00 | 3,539.14 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$3,539.14** | |

{} Asset reference(s)

Printed: 10/05/2016 04:03 PM    V.13.28

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-40158-659  
**Case Name:** EARHART, KEVIN LEE  
               EARHART, FRANCESCA CHRISTINE  
**Taxpayer ID #:** **-***4110  
**Period Ending:** 10/05/16

**Trustee:** FREDRICH J. CRUSE (450510)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6966 - Checking Account  
**Blanket Bond:** $14,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/14 | {16} | Walters Bender Strohbehn & Vaughan, P.C. | class action proceeds | 1249-000 | 25,244.38 | | 25,244.38 |
| 10/09/14 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/09/2014 FOR CASE #08-40158<br>Voided on 10/09/14 | 2300-000 | | 30.86 | 25,213.52 |
| 10/09/14 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/09/2014 FOR CASE #08-40158<br>Voided: check issued on 10/09/14 | 2300-000 | | -30.86 | 25,244.38 |
| 10/09/14 | 102 | Fredrich J. Cruse | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/09/2014 FOR CASE #08-40158, bond # 016024999 | 2300-000 | | 30.86 | 25,213.52 |
| 10/21/15 | 103 | THE CRUSE LAW FIRM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/09/2015 FOR CASE #08-40158, Chapter 7 Blanket Bond #016024999 10/09/15 - 10/09/16 | 2300-000 | | 19.60 | 25,193.92 |
| 10/28/15 | 104 | UNITES STATES TREASURY | TAXES DUE 30-6452846 TAX PERIOD 2014 | 2810-000 | | 246.00 | 24,947.92 |
| 10/28/15 | 105 | DEPARTMENT OF REVENUE | TAXES DUE 30-6452846 TAX YEAR 2014 | 2820-000 | | 93.00 | 24,854.92 |
| 10/28/15 | 106 | DEPARTMENT OF REVENUE | TAXES DUE 13-7594110 TAX YEAR 2014 | 2820-000 | | 93.00 | 24,761.92 |
| 10/28/15 | 107 | UNITES STATES TREASURY | TAXES DUE 13-7594110 TAX PERIOD 2014 | 2810-000 | | 246.00 | 24,515.92 |
| 11/30/15 | 108 | MISSOURI DIRECTOR OF REVENUE | ADJUSTMENTS ON TAXES FOR 2014 ID 13-7594110 | 2820-000 | | 24.86 | 24,491.06 |
| 11/30/15 | 109 | MISSOURI DIRECTOR OF REVENUE | ADJUSTMENTS ON TAXES FOR 2014 ID 30-6452846 | 2820-000 | | 24.86 | 24,466.20 |
| 12/10/15 | 110 | TOMPKINS & WILLING, CPA'S LC | per 12/07/15 order | 3410-000 | | 300.00 | 24,166.20 |
| 12/29/15 | 111 | UNITED STATES TREASURY | PENALTY TAX PAYMENT TAX PERIOD DECEMBER 31, 2014 ID (13-7594110 | 2810-000 | | 35.20 | 24,131.00 |
| 12/29/15 | 112 | UNITED STATES TREASURY | PENALTY TAX PAYMENT TAX PERIOD DECEMBER 31, 2014 ID (30-6452846) | 2810-000 | | 35.20 | 24,095.80 |
| 04/21/16 | 113 | THE CLERK OF THE US BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 23,835.80 |
| 04/21/16 | 114 | EARHART, KEVIN LEE | Dividend paid 100.00% on $19,919.46; Claim# SURPLUS; Filed: $19,919.46; Reference: Stopped on 07/27/16 | 8200-002 | | 19,919.46 | 3,916.34 |
| 04/21/16 | 115 | FREDRICH J. CRUSE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,583.57 | 2,332.77 |

                                                                                         Subtotals:      $25,244.38      $22,911.61

{} Asset reference(s)                                                                                Printed: 10/05/2016 04:03 PM     V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-40158-659
**Case Name:** EARHART, KEVIN LEE
EARHART, FRANCESCA CHRISTINE
**Taxpayer ID #:** **-***4110
**Period Ending:** 10/05/16

**Trustee:** FREDRICH J. CRUSE (450510)
**Bank Name:** Rabobank, N.A.
**Account:** ******6966 - Checking Account
**Blanket Bond:** $14,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% 751.19 on $1,636.69; Claim# ; Filed: $1,636.69 | 2100-000 | | | 2,332.77 |
| | | | Dividend paid 100.00% 832.38 on $1,551.28; Claim# ; Filed: $1,551.28 | 2200-000 | | | 2,332.77 |
| 04/21/16 | 116 | Capital One Bank (USA), N.A. | Combined Check for Claims#3,3I | | | 518.58 | 1,814.19 |
| | | | Dividend paid 100.00% 324.98 on $755.08; Claim# 3; Filed: $755.08 | 7100-000 | | | 1,814.19 |
| | | | Dividend paid 100.00% 193.60 on $193.60; Claim# 3I; Filed: $193.60 | 7990-000 | | | 1,814.19 |
| 04/21/16 | 117 | HC Processing Center | Combined Check for Claims#2,2I | | | 1,814.19 | 0.00 |
| | | | Dividend paid 100.00% 1,136.90 on $2,641.54; Claim# 2; Filed: $2,781.76 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 677.29 on $677.29; Claim# 2I; Filed: $677.29 | 7990-000 | | | 0.00 |
| 07/27/16 | 114 | EARHART, KEVIN LEE | Dividend paid 100.00% on $19,919.46; Claim# SURPLUS; Filed: $19,919.46; Reference: Stopped: check issued on 04/21/16 | 8200-002 | | -19,919.46 | 19,919.46 |
| 08/10/16 | 118 | THE CLERK OF THE US BANKRUPTCY COURT | per 08/03/16 order | 8200-002 | | 19,919.46 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,244.38 | 25,244.38 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,244.38 | 25,244.38 | |
| | | | Less: Payments to Debtors | | | 19,919.46 | |
| | | | **NET Receipts / Disbursements** | | **$25,244.38** | **$5,324.92** | |

{} Asset reference(s)

Printed: 10/05/2016 04:03 PM    V.13.28

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-40158-659  
**Case Name:** EARHART, KEVIN LEE  
EARHART, FRANCESCA CHRISTINE  
**Taxpayer ID #:** \*\*-\*\*\*4110  
**Period Ending:** 10/05/16

**Trustee:** FREDRICH J. CRUSE (450510)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*6966 - Checking Account  
**Blanket Bond:** $14,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*99-65 | 3,541.98 | 2.84 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*99-66 | 0.00 | 3,539.14 | 0.00 |
| Checking # \*\*\*\*\*\*6966 | 25,244.38 | 5,324.92 | 0.00 |
| | $28,786.36 | $8,866.90 | $0.00 |

{} Asset reference(s)

Printed: 10/05/2016 04:03 PM    V.13.28