Fill in this Information to identify the case:

Debtor 1 __Francesca__ _____ __Earhart__
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Missouri   (State)

Case number: 08-40158

**RECEIVED & FILED**

**JUN 15 2021**

**U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI**

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $9,959.73 |
|---|---|
| Claimant's Name: | Grace Recovery Center, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 9509 Waterman Dr<br>Aubrey, TX<br>76227<br>714.552.1034<br>gracerecoverycenterusa@gmail.com |

### 2. Applicant Information    represents that Claimant is entitled to receive the unclaimed funds because
(*check the statements that* Applicant[2] *apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☒ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Eastern District of Missouri
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 11/2021

Signature of Applicant

Printed Name of Applicant: Rosa Petritz

Address: 9509 Waterman Dr. Aubrey, TX 76227

Telephone: 714.552.1034

Email: gracerecoverycenter@gmail.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

### 6. Notarization
STATE OF: Texas
COUNTY OF: Denton

This Application for Unclaimed Funds, dated 6/11/21 was subscribed and sworn to before me this 11th day of 6 2021 by _____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public: Melissa Wilson

MELISSA WILSON
Notary ID #131758926
My Commission Expires October 12, 2022

My commission expires: 10/12/2022

### 6. Notarization
STATE OF: _____
COUNTY OF: _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20___ by _____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public: _____

My commission expires: _____

Form 1340    Application for Payment of Unclaimed Funds    Page 2

State of    Texas
County of   Denton

Sworn to and Subscribed before me on this \_\_\_11th\_\_\_ day of \_\_June\_\_, 20 21.

*Melissa Wilson*
SIGNATURE OF NOTARY PUBLIC

> MELISSA WILSON
> Notary ID #131758926
> My Commission Expires
> October 12, 2022

## Certificate of Service

I certify that a copy of this document, was sent to the following by first class U.S. Mail on: May 9, 2021

Office of the United States Attorney of the Eastern District of Missouri
111 South 10th St, 20th Floor
St. Loouis. Missouri
63102

_____
SIGNATURE

## LIMITED POWER OF ATTORNEY

BE IT ACKNOWLEDGED, that I <u>Francesca Earhart</u>, undersigned, do hereby grant a limited and specific power of attorney to <u>Grace Recovery Center, LLC</u> of <u>9509 Waterman Dr, Aubrey Texas 76227</u> as my attorney-in-fact.

Said attorney-in-fact shall have full power and authority to undertake and perform only the following acts on behalf.

1. File application for payment of unclaimed funds.

The authority shall include such incidental acts as are reasonably required to carry out and perform the specific authorities granted herein.

My attorney-in-fact agrees to accept this appointment subject to its terms, and agrees to act and perform its discretion deem advisable.

The power of attorney is effective upon execution. This power of attorney may be revoked by me at any time, and shall automatically be revoked upon death, provided any person relying on this power of attorney shall have full rights to accept and reply upon the authority of my attorney-in-fact until the receipt of auction notice of revocation.

Signed this __7th__ day of __June__, 20 __21__.

_Francesca Earhart_
Signature

SUBSCRIBED AND SWORN BEFORE ME this __7th__ day of __June__, 20 __21__.

County of __Denver__

State of __CO__

SHANE MCCLELLAND SUNN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204033491
MY COMMISSION EXPIRES 09/25/2024

_signature_
Notary Public

Date of Commission Expires: 9/25/2024

## ASSIGNMENT AGREEMENT

This Assignment Agreement (hereinafter "Agreement") is entered into on _____ May, _____ 25 _____, 2021__ by and between <u>Francesca Earhart</u> hereinafter ("Assignor") and <u>Grace Recovery Center, LLC</u>_____, (hereinafter "Assignee")
For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, <u>Francesca Earhart</u> ("Assignor") hereby sells, assigns, conveys and transfers over and unto <u>Grace Recovery Center, LLC</u>_____ ("Assignee"), any and all of right, title and interest in and to the below reference funds/claim (s):

The Assigned funds/claim(s):

Court: U.S. Bankruptcy Court <u>Eastern District of Missouri</u> (MOEB)
Case Number: <u>08-40158</u>
Debtor: <u>Kevin Earhart & Francesca Earhart</u>
Unclaimed Funds: <u>$9,959.73</u>
Assignment Fee: <u>$3,485.90</u>

CLAIM IS ASSIGN "AS IS", WHERE IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this Notice of Assignment to be executed as of this _17th_ day of __June__, 20_21_

___Francesca Earhart___ (Assignor)

SWORN AND SUBSCRIBED on the _7th_ day of __June__, 20 _21_ before me personally appeared _Francesca Earhart_ (Assignor)

Identification provided by the above named was: _CODL_

___Shane M Sunn___
WITNESS my hand and official seal

_____
Signature – Notary Public

```
SHANE MCCLELLAND SUNN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204033491
MY COMMISSION EXPIRES 09/25/2024
```

## **AFFIDAVIT**

The State of Colorado        )
                             ) S.S.
County of Denver             )

I, Francesca Earhart, of Denver, in Denver, Colorado, MAKE OATH AND SAY THAT:

1. I am estranged from my ex-husband Kevin Earhart.

2. I am unaware of Kevin Earhart's whereabouts.

I therefore request that the unclaimed funds in the amount of $19,919.46 be equally divided.

STATE OF COLORADO

COUNTY OF DENVER

SUBSCRIBED AND SWORN TO BEFORE ME,

on the ___7Th___ day of ___June___, 2021 _____

(Signature) _____

Signature
Earhart
(Seal)
NOTARY PUBLIC

My Commission expires:
___9/25/2024___

_____ Francesca

SHANE MCCLELLAND SUNN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204033491
MY COMMISSION EXPIRES 09/25/2024