# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 08-40158-659 |
| EARHART, KEVIN LEE ) | Chapter 7 -- Liquidation |
| EARHART, FRANCESCA CHRISTINE ) | |
| ) | |
| Debtors. ) | |
| ) | |

## MOTION TO RECONSIDER ORDER ON GENERIC APPLICATION
## FOR PAYMENT OF UNCLAIMED FUNDS

**COMES NOW** Trustee, Fredrich J. Cruse, and for his Motion to Reconsider Order on Generic Application for Payment of Unclaimed Funds and states as follows that:

1. On January 8, 2008 Debtor Kevin Earhart and Co-Debtor Francesca Christine Earhart filed Voluntary Chapter 7.

2. The Trustee's Motion to Deposit Funds into the Court Registry the Trustee did not indicate that both Debtor and Co-Debtor had an interest in the $19,919.46.

3. The Software used by the Trustee's Office generates the claim for surplus funds based on the first named Debtor in the case leaving the Co-Debtor's Name off as payee.

4. Because the Bankruptcy Estate filed tax returns in both Debtor and Co-Debtor names with individual Tax Identification Numbers, the Trustee feels that the Co-Debtor is likely entitled to ½ of the $19,919.46 that was deposited into the Courts Registry pursuant to the courts August 3, 2016 Order.

5. The Trustee is aware of no reason why Co-Debtor Francesca Christine

Earhart should not be entitled to ½ of the $19,919.46.

**WHEREFORE,** Trustee prays the Court Reconsider the Co-Debtors interest in the $19,919.46 paid into the court registry, and for such other and further relief as is meet and proper in the premises.

Dated: August 27, 2021

*/S/Fredrich J. Cruse*
Fredrich J. Cruse    ED # 23480MO
Attorney at Law    WD/MO Bar # 23480
718 Broadway
P. O. Box 914
Hannibal, Missouri 63401
Telephone: (573) 221-8333
Fax: (573) 221-1448
Email: trustee@cruselaw.com

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was filed electronically on August 27, 2021 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

      I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on August 27, 2021:

Greg A. Luber
501 First Capitol Drive
St. Charles, MO 63301

Kevin Lee Earhart
9011 Kathlyn Drive
Saint Louis, MO 63134

Francesca C. Earhart
14095 E. Evans Ave
Aurora, CO 80014-1450

Grace Recovery Center, LLC
Attn: Rosa Petritz
9509 Waterman Dr.
Aubrey, TX 76227-5748


Dated: August 27, 2021                */S/Fredrich J. Cruse*
                                          Fredrich J. Cruse    ED # 23480MO
                                          Attorney at Law     WD/MO Bar # 23480
                                          718 Broadway
                                          P. O. Box 914
                                          Hannibal, Missouri 63401
                                          Telephone:  (573) 221-8333
                                          Fax: (573) 221-1448
                                          Email: trustee@cruselaw.com