Us Bankruptcy Court

Eastern District of Missouri

111 S 10th St

St. Louis, MO

63102

RECEIVED & FILED

AUG 24 2021

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

To whom it may concern,

Please find additional documentation to go along with Grace Recovery Center's application for unclaimed funds for Case #08-40158, Francesca Earhart.

Thank you in advance for submitting this documentation on behalf of Grace Recovery Center.

Best regards,

*[signature]*

Rosa Petritz

Grace Recovery Center

714.552.1034

## AFFIDAVIT

The State of Texas )
) S.S.
County of Denton )

I, Rosa Petritz, of Aubrey, in Denton, Texas, MAKE OATH AND SAY THAT:

1. I am the President and authorized signor of Grace Recovery Center.

STATE OF TEXAS

COUNTY OF DENTON

SUBSCRIBED AND SWORN TO BEFORE ME,
on the 22nd day of August
2021

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
08/28/2023

HARRISON RICO
Notary ID #132151259
My Commission Expires
August 28, 2023

_____
(Signature)

Rosa Petritz

Page 1 of 1

©2002-2021 LawDepot.com®

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Ruth R. Hughs
Secretary of State

# Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

Grace Recovery Center, LLC
File Number: 804022285

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Formation for the above named Domestic Limited Liability Company (LLC) has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law

Dated: 04/15/2021

Effective: 04/15/2021



Ruth R. Hughs
Secretary of State

Come visit us on the internet at https://www.sos.texas.gov/

Phone: (512) 463-5555
Prepared by: Stacey Ybarra

Fax: (512) 463-5709
TID: 10306

Dial: 7-1-1 for Relay Services
Document: 1043320350002

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation
Limited Liability Company**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 804022285 04/15/2021
Document #: 1043320350002
Image Generated Electronically
for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**Grace Recovery Center, LLC**

### Article 2 - Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☒ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Rosa    Petritz**

C. The business address of the registered agent and the registered office address is:

Street Address:
**9509 Waterman Dr    Aubrey  TX  76227**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

**OR**

☒ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

**OR**

☒ B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Managing Member 1  **Rosa    Petritz**                                Title: **Managing Member**
Address:  **9509 Waterman Dr    Aubrey  TX, USA  76227**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

**Organizer**

The name and address of the organizer are set forth below
**Rosa Petritz**      **9509 Waterman Dr, Aubrey, TX 76227**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Rosa Petritz**

Signature of Organizer

**FILING OFFICE COPY**

**Grace Recovery Center**

Recovery Funds Locator
714.552.1034

John & Rose Petritz

Aubrey, TX
United States



Grace Recovery Center

gracerecoverycenterusa@gmail.com
Jer 29:11 "Plans to prosper you and not to harm you, plans to give you hope and a future."