Fill in this information to identify the case:

| Debtor 1 | Francesca | | Earhart | t |
|---|---|---|---|---|
| | First Name | Middle Name | | Last Name |

| Debtor 2 | | | ~~Last Name~~ | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | | |

United States Bankruptcy Court for the: Eastern District of Missouri
(State)

Case number: 08-40158

RECEIVED & FILED
NOV 15 2021
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $9,959.73 |
|---|---|
| Claimant's Name: | Grace Recovery Center, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 9509 Waterman Dr<br>Aubrey, TX<br>76227<br>714.552.1034<br>gracerecoverycenterusa@gmail.com |

### 2. Applicant Information        represents that Claimant is entitled to receive the unclaimed funds because
(check the statements that Applicant[2] apply):

- ☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

- ☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

- ☒ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

- ☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- ☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 4. Notice to United States Attorney

- ☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney,

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Office of the United States Attorney
Eastern District of Missouri
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: Nov. 11, 2021

Signature of Applicant

Printed Name of Applicant: Rosa Petritz

Address: 9509 Waterman Dr.
Aubrey, TX 76227

Telephone: 714.552.1034

Email: gracerecoverycenterusa@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

**6. Notarization**
STATE OF: Texas
COUNTY OF: Denton

This Application for Unclaimed Funds, dated November 11th, 2021, was subscribed and sworn to before me this 11th day of November, 2021 by Rosa Petritz who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) HARRISON RICO
Notary ID #132191259
My Commission Expires August 28, 2023
Notary Public
My commission expires: 08/28/2023

**6. Notarization**
STATE OF: _____
COUNTY OF: _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20__ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public
My commission expires: _____

Form 1340   Application for Payment of Unclaimed Funds   Page 2

## LIMITED POWER OF ATTORNEY

BE IT ACKNOWLEDGED, that I <u>Francesca Earhart</u>, undersigned, do hereby grant a limited and specific power of attorney to <u>Grace Recovery Center, LLC</u> of <u>9509 Waterman Dr, Aubrey Texas 76227</u> as my attorney-in-fact.

Said attorney-in-fact shall have full power and authority to undertake and perform only the following acts on behalf.

1. File application for payment of unclaimed funds.

The authority shall include such incidental acts as are reasonably required to carry out and perform the specific authorities granted herein.

My attorney-in-fact agrees to accept this appointment subject to its terms, and agrees to act and perform its discretion deem advisable.

The power of attorney is effective upon execution. This power of attorney may be revoked by me at any time, and shall automatically be revoked upon death, provided any person relying on this power of attorney shall have full rights to accept and reply upon the authority of my attorney-in-fact until the receipt of auction notice of revocation.

Signed this __8th__ day of __11__, 20 __21__.

_____
Signature

SUBSCRIBED AND SWORN BEFORE ME this __8th__ day of __11__, 20 __21__.

County of __Denver__
State of __Colorado__

_____
Notary Public

Date of Commission Expires: __05/18/2024__

SAMANTHA NICHOLE PEDRAZA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204017153
MY COMMISSION EXPIRES 05/18/2024

## ASSIGNMENT AGREEMENT

This Assignment Agreement (hereinafter "Agreement") is entered into on September, 20___, 2021__ by and between Francesca Earhart hereinafter ("Assignor") and Grace Recovery Center, LLC_____, (hereinafter "Assignee")
For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, Francesca Earhart ("Assignor") hereby sells, assigns, conveys and transfers over and unto Grace Recovery Center, LLC_____ ("Assignee"), any and all of right, title and interest in and to the below reference funds/claim(s):

The Assigned funds/claim(s):

Court: U.S. Bankruptcy Court Eastern District of Missouri (MOEB)
Case Number: 08-40158
Debtor: Kevin Earhart & Francesca Earhart
Unclaimed Funds: $9,959.73
Assignment Fee: $3,485.90

CLAIM IS ASSIGN "AS IS", WHERE IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this Notice of Assignment to be executed as of this _8th_ day of __11__, 20_21_

_____Francesca Earhart_____ (Assignor)

SWORN AND SUBSCRIBED on the _8th_ day of __11__, 20_21_ before me personally appeared _Francesca Earhart_ (Assignor)

Identification provided by the above named was:

_Samantha Nichole Pedraza_
WITNESS my hand and official seal

_____[signature]_____
Signature – Notary Public

SAMANTHA NICHOLE PEDRAZA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204017153
MY COMMISSION EXPIRES 05/18/2024