UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re: )
)
KEVIN LEE EARHART, and ) Case No. 08-40158-659
FRANCESCA CHRISTINE EARHART, ) Chapter 7
)
Debtors. )

## O R D E R

The matter before the Court is Motion to Reconsider Order on Generic Application for Payment of Unclaimed Funds (hereinafter "Motion to Reconsider") filed by Chapter 7 Trustee, Fredrich J. Cruse. In the Moton to Reconsider, Trustee states that Trustee's Motion to Deposit Funds into the Court Registry failed to indicate that both Debtor and Co-Debtor had an interest in the funds in question.  Trustee further states that the software that Trustee uses generates the claim for surplus funds based only on the first named Debtor, therefore in this case leaving Co-Debtor's name off the check as payee. Finally, Trustee states that Trustee is not aware of any reason why Co-Debtor would not be entitled to one-half of the funds in question.  Therefore, based upon a consideration of the record,

**IT IS ORDERED THAT** Motion to Reconsider Order on Generic Application for Payment of Unclaimed Funds is **GRANTED** and the Order dated August 17, 2021 denying the Application for Payment of Unclaimed Funds filed by Grace Recover Center, LLC on behalf of Francesca Christine Earhart is **SET ASIDE**; and

**IT IS FURTHER ORDERED THAT** the Application for Payment of Unclaimed Funds filed by Grace Recovery Center, LLC on behalf of Francesca Christine Earhart filed on November 15, 2021 is **GRANTED** and Claimant is entitled to $9,959.73.

_____
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  November 24, 2021
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Kevin Lee Earhart
9011 Kathlyn Drive
Saint Louis, MO 63134

Francesca C. Earhart
14095 E. Evans Ave
Aurora, CO 80014-1450

Greg A. Luber
501 First Capitol Drive
St. Charles, MO 63301

Fredrich J. Cruse
Fredrich J. Cruse, Trustee
P.O. Box 914
718 Broadway
Hannibal, MO 63401

Grace Recovery Center, LLC
Attn: Rosa Petritz
9509 Waterman Dr.
Aubrey, TX 76227-5748

United States Bankruptcy Court
Eastern District of Missouri

In re:  
Kevin Lee Earhart  
Francesca Christine Earhart  
    Debtors

Case No. 08-40158-kss  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0865-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: pdfo1 | Total Noticed: 3 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Lee Earhart, 9011 Kathlyn Drive, Saint Louis, MO 63134-3553 |
| | | Francesca C. Earhart, 14095 E. Evans Ave, Aurora, CO 80014-1450 |
| intp | + | Grace Recovery Center, LLC, 9509 Waterman Dr, Aubrey, TX 76227-5748 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cynthia M Kern Woolverton | on behalf of Creditor Deutsche Bank National Trust Company bkty@msfirm.com  cwoolverton@ecf.courtdrive.com |
| Fredrich J. Cruse | on behalf of Accountant Michael N. Tompkins trustee@cruselaw.com  MO34@ecfcbis.com |
| Fredrich J. Cruse | trustee@cruselaw.com  MO34@ecfcbis.com |
| Fredrich J. Cruse | on behalf of Trustee Fredrich J. Cruse trustee@cruselaw.com  MO34@ecfcbis.com |
| Greg A. Luber | |

| District/off: 0865-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: pdfo1 | Total Noticed: 3 |

Greg A. Luber
    on behalf of Debtor Kevin Lee Earhart gluber@501lawfirm.com  gluber51@yahoo.com

    on behalf of Debtor Francesca Christine Earhart gluber@501lawfirm.com  gluber51@yahoo.com

Office of US Trustee
    USTPRegion13.SL.ECF@USDOJ.gov

TOTAL: 7